NOT FOR PUBLICATION        (Doc. Nos. 86, 89, 96, 110, 113, 116, 117, 130, 131, 133)

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____

WARREN DISTRIBUTING CO., ET AL   :
:
        Plaintiffs,   :
:
v.   :   Civil No. 07-1053 (RBK/JS)
:
INBEV USA, LLC, ET AL   :   **ORDER**
:
        Defendants.   :
_____

THIS MATTER having come before the Court upon Motions to Seal (Docket Nos. 86, 89, 96, 110, 113, 116, 117, 130, 131, and 133) filed by Plaintiffs Warren Distributing Co., Peerless Beverage Co., Inc., and Shore Point Distributing Company and Defendants InBev USA, LLC and Anheuser-Busch, Inc.; and the Court having considered the moving papers and the response thereto; and for the reasons expressed in the Opinion issued this date; and

IT APPEARING TO THE COURT that pursuant to a letter dated January 7, 2010 drafted by Michael J. Vassalotti, all parties mutually agree to withdraw or reduce the scope of the majority of their previously filed Motions to Seal; therefore

IT IS HEREBY ORDERED that Motions to Seal (Doc. Nos. 86, 116, and 130) are **WITHDRAWN** by the parties' agreement; and it is further;

ORDERED the Motion to Seal (Doc. No. 89) is **GRANTED** as to:

- Docket 90, attachment 4, deposition of F. Banko II (2/20/09) at 264:7-265:14;

1

- Docket 90, attachment 5, deposition of S. Beim (4/22/09) at 95:15-25; 95:3-5; 119:4-121:5; 144:6-22;
- Docket 90, attachment 5, deposition of A. Christon at 10:4-15; 89:1-90:17;
- Docket 90, attachment 7, exhibit 1; docket 90, attachment 7, exhibit 10;
- Docket 90, attachment 7, exhibit 11; and it is further

ORDERED that the Motion to Seal (Doc. No. 89) is **DENIED** as to:

- Docket 90, attachment 7, exhibit 12;
- Docket 90, attachment 7, exhibit 13;
- Docket 90, attachment 8, exhibit 45;
- Docket 90, attachment 8, exhibit 59;
- Docket 91, attachment 3, exhibit 1 in the declaration of Gurbir S. Grewal;
- Docket 91, attachment 3, exhibit 4 in the declaration of Gurbir S. Grewal;
- Docket 91, attachment 5, exhibit 1 in the declaration of Gurbir S. Grewal;
- Docket 91, attachment 3, exhibit 6 in the declaration of Gurbir S. Grewal;
- Docket 90, attachment 1 in its entirety, by agreement of the parties;
- Docket 90, attachment 3 in its entirety, by agreement of the parties;
- Docket 90, attachment 4, all documents except the deposition of F. Banko II (2/20/09) at 264:7-265:14, by agreement of the parties;
- Docket 90, attachment 5, all documents except the depositions of S. Beim (4/22/09) at 95:15-25; 95:3-5; 119:4-121:5; 144:6-22 and A. Christon at 10:4-15; 89:1-90:17, by agreement of the parties;
- Docket 90, attachment 6 in its entirety, by agreement of the parties;

- Docket 90, attachment 7, all exhibits except 1, 10, 11, 12, and 13, by agreement of the parties;
- Docket 90, attachment 8, all exhibits except 45 and 59, by agreement of the parties;
- Docket 90, attachment 9 in its entirety, by agreement of the parties;
- Docket 90, attachment 14 in its entirety, by agreement of the parties;
- Docket 91, attachment 1, all exhibits except 1, 4, 5, and 6, by agreement of the parties;
- Docket 91, attachment 3, all exhibits except 2 and 3, by agreement of the parties;
- Docket 92 in its entirety, by agreement of the parties;
- Docket 93 in its entirety, by agreement of the parties;
- Docket 99 in its entirety, by agreement of the parties; and it is further

ORDERED that the Motion to Seal (Doc. No. 96) is **DENIED** as to:

- Docket 88, attachment 5, exhibit D;
- Docket 88, attachment 7, exhibit G;
- Docket 88, attachment 8, exhibit R;
- Docket 88, attachment 9, exhibit X;
- Docket 88, attachment 9, exhibit Y;
- Docket 88, attachment 4 in its entirety, by agreement of the parties;
- Docket 88, attachment 5, all exhibits except D, by agreement of the parties;

- Docket 88, attachment 6 in its entirety, by agreement of the parties;
- Docket 88, attachment 7, all exhibits except G, by agreement of the parties;
- Docket 88, attachment 8, all exhibits except R, by agreement of the parties;
- Docket 88, attachment 9, all exhibits except X and Y, by agreement of the parties;
- Docket 88, attachment 7, all exhibits except G, by agreement of the parties;
- Docket 97 in its entirety, by agreement of the parties; and it is further

ORDERED that the Motion to Seal (Doc. No. 110) is **GRANTED** as to:

- Docket 108, attachment 3, exhibit 2;
- Docket 108, attachment 3, exhibit 4; and it is further

ORDERED that the Motion to Seal (Doc. No. 110) is **DENIED** as to:

- Docket 108, attachment 3, exhibit 3;
- Docket 108, attachment 3, all exhibits except 2, 3, and 4, by agreement of the parties;
- Docket 109 in its entirety, by agreement of the parties; and it is further

ORDERED that the Motion to Seal (Doc. No. 113) is **GRANTED** as to:

- Docket 112, attachment 5, exhibit 48;
- Docket 112, attachment 3, deposition of A. Christon at 260:1-25 in appendix A to the declaration of Michael Lieberman; and it is further

ORDERED that the Motion to Seal (Doc. No. 113) is **DENIED** as to:

- Docket 112, attachment 5, exhibit 27;
- Docket 112, attachment 5, exhibit 40;
- Docket 112, attachment 5, exhibit 56;
- Docket 112, attachment 3, deposition of S. Higgins (entire excerpt) in appendix A to the declaration of Michael Lieberman;
- Docket 112, attachment 3, deposition of M. Kramer at 118:20-119:3 in appendix A to the declaration of Michael Lieberman;
- Docket 112, attachment 3, all documents except the depositions of A. Christon at 260:1-25, S. Higgins (entire excerpt), and M. Kramer at 118:20-119:3, by agreement of the parties;
- Docket 112, attachment 4 in its entirety, by agreement of the parties;
- Docket 112, attachment 5, all exhibits except 27, 40, 48, and 56, by agreement of the parties; and it is further

ORDERED that the Motion to Seal (Doc. No. 117) is **DENIED** as to:

- Docket 114, attachment 3, exhibit 6;
- Docket 114, attachment 3, exhibit 7;
- Docket 114, attachment 3, exhibit 8;
- Docket 114, attachment 3, exhibit 9;
- Docket 114, attachment 3, exhibit 10;
- Docket 114, attachment 3, exhibit 11;
- Docket 114, attachment 3, exhibit 12;

- Docket 114, attachment 3, exhibit 13;

- Docket 114, attachment 3, exhibit 25;

- Docket 115, attachment 3, deposition of J. Glick (entire excerpt) in appendix A to the declaration of Michael Lieberman;

- Docket 115, attachment 3, deposition of M. Kramer at 118:20-119:3 in appendix A to the declaration of Michael Lieberman;

- Docket 115, attachment 3, deposition of A. Short at 163-66 in appendix A to the declaration of Michael Lieberman;

- Docket 114, attachment 3, all exhibits except 6-13 and 25, by agreement of the parties;

- Docket 115, attachment 3, all documents except the depositions of J. Glick (entire excerpt), M. Kramer at 118:20-119:3, and A. Short at 163-66, by agreement of the parties;

- Docket 115, attachment 4 in its entirety, by agreement of the parties;

- Docket 118 in its entirety, by agreement of the parties; and it is further

ORDERED that the Motion to Seal (Doc. No. 131) is **GRANTED** as to:

- Docket 135, attachment 5, exhibit 1; and it is further

ORDERED that the Motion to Seal (Doc. No. 131) is **DENIED** as to:

- Docket 135, attachment 3, deposition of S. Beim (4/22/09) at 144:21-24 in appendix A of the supplemental declaration of Brian D. Wallach;

- Docket 135, attachment 3, deposition of S. Beim (6/25/09) at 131:7-16 in appendix A of the supplemental declaration of Brian D. Wallach;

6

- Docket 132 in its entirety, by agreement of the parties;

- Docket 135, attachment 2 in its entirety, by agreement of the parties;

- Docket 135, attachment 3, all documents except the depositions of S. Beim (4/22/09) at 144:21-24 and (6/25/09) at 131:7-16, by agreement of the parties;

- Docket 135, attachment 4 in its entirety, by agreement of the parties;

- Docket 135, attachment 5, all exhibits except 1, by agreement of the parties; and it is further

ORDERED that the Motion to Seal (Doc. No. 133) is **DENIED** as to:

- Docket 139, attachment 2, exhibits O;

- Docket 134 in its entirety, by agreement of the parties;

- Docket 139, attachment 2, all exhibits except O, by agreement of the parties.


Dated:   4-13-10                                    /s/ Robert B. Kugler
                                                    ROBERT B. KUGLER
                                                    United States District Judge