NOT FOR PUBLICATION                                                                                         (Document No. 91)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| WARREN DISTRIBUTING CO., PEERLESS BEVERAGE CO., INC., and SHORE POINT DISTRIBUTING COMPANY, | : : : : : | |
| Plaintiffs, | : : | Civil No. 07-1053 (RBK/JS) |
| v. | : : | **ORDER** |
| INBEV USA L.L.C. and ANHEUSER-BUSCH INCORPORATED, | : : : | |
| Defendants. | : : | |

THIS MATTER having come before the Court upon the Motion to Exclude the Expert Opinion Testimony of Robert J. Taylor IV by Defendant Anheuser-Busch Incorporated ("AB") (Doc. No. 91); and the Court having considered the moving papers and the response thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that AB's Motion is **GRANTED** with respect to Taylor's testimony about state of mind in the High Grade transaction and as to his testimony regarding the value of retention rights; and it is further

ORDERED that the Motion is **DENIED** in all other respects.

Date:   5/26/10                                                                            /s/ Robert B. Kugler
                                                                                        ROBERT B. KUGLER
                                                                                        United States District Judge