# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WARREN DISTRIBUTING CO., d/b/a HUB CITY DISTRIBUTING CO. AND WARREN DISTRIBUTING CO. SOUTH, PEERLESS BEVERAGE CO., INC., AND SHORE POINT DISTRIBUTING CO.,** | Case No. 07-1053-RBK-JS<br><br>Hon. Robert B. Kugler |
| Plaintiffs, | |
| vs. | |
| **INBEV USA, LLC AND ANHEUSER-BUSCH, INC.,** | |
| Defendants. | |

## NOTICE OF MOTION *IN LIMINE* TO PRECLUDE REFERENCE TO INBEV N.V./SA'S ACQUISITION OF ANHEUSER-BUSCH, INC. AT TRIAL

**TO:** William T. Hangley, Esq.
**Hangley Aronchick Segal & Pudlin**
One Logan Square
27th Floor
Philadelphia, PA 19103

**PLEASE TAKE NOTICE** that on July 13, 2010, at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, One John F. Gerry Plaza, Camden, New Jersey 018101, the undersigned attorneys for defendant Anheuser-Busch, Inc. ("Anheuser-Busch") shall move before the Honorable Robert B. Kugler, United States District Judge,

for an Order to preclude plaintiffs Warren Distributing Co., Peerless Beverage Co., and Shore Point Distributing Co., from referring to or introducing evidence relating to InBev N.V./SA's acquisition of Anheuser-Busch at trial; and

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Anheuser-Busch will rely upon its accompanying brief, the Declaration of Gurbir S. Grewal and attached exhibits, and all other pleadings and papers in this matter; and

**PLEASE TAKE NOTICE** that a proposed form of Order is attached.

Respectfully submitted,

Dated:  July 13, 2010

s/ Gurbir S. Grewal_____
Gurbir S. Grewal (NJ Bar # 02777)
Peter E. Moll (NJ Bar #4695)
Brian D. Wallach
**HOWREY LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 383-7005
(202) 383-6610
MollP@howrey.com
WallachB@howrey.com
GrewalG@howrey.com

Michael J. Vassalotti
**BROWN & CONNERY, LLP**
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108
(856) 854-8900
(856) 858-4967
mvassalotti@brownconnery.com

*Attorneys for Defendant*
*Anheuser-Busch, Inc.*

3