NOT FOR PUBLICATION (Doc. No. 237)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| WARREN DISTRIBUTING CO. d/b/a HUB CITY DISTRIBUTING CO. and WARREN DISTRIBUTING CO. SOUTH, PEERLESS BEVERAGE CO., INC., and SHORE POINT DISTRIBUTING CO., Plaintiffs, v. INBEV USA, LLC and ANHEUSER-BUSCH, INC., Defendants. | Civil No. 07-1053 (RBK/JS) **ORDER** |

**THIS MATTER** having come before the Court upon the motion by Defendants for attorneys' fees and sanctions; and the Court having considered the moving papers and the response thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendants' motion for attorneys' fees and sanctions is **DENIED**.

Date: 12/14/2010 　　　　　　　　　　　　　　　/s/ Robert B. Kugler
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT B. KUGLER
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge