NOT FOR PUBLICATION (Doc. Nos. 275, 299)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
                                    :
WARREN DISTRIBUTING CO. d/b/a       :
HUB CITY DISTRIBUTING CO. and       :
WARREN DISTRIBUTING CO. SOUTH,      :
PEERLESS BEVERAGE CO., INC., and    :
SHORE POINT DISTRIBUTING CO.,       :
                                    :
            Plaintiffs,             :    Civil No. 07-1053 (RBK/JS)
                                    :
      v.                            :    **ORDER**
                                    :
INBEV USA, LLC and                  :
ANHEUSER-BUSCH, INC.,               :
                                    :
            Defendants.             :
_____ :

**THIS MATTER** having come before the Court upon the motion by Plaintiffs to modify the judgment entered on August 13, 2010 (Doc. No. 275), and the motion for attorneys' fees and litigation expenses (Doc. No. 299); and the Court having considered the moving papers and the response thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendants' motion to modify the judgment is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiffs' motion for attorneys' fees and litigation expenses is **DENIED**.


Date: 2/28/2011                          /s/ Robert B. Kugler
                                         ROBERT B. KUGLER
                                         United States District Judge

1